# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRI WEAVER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NEVADA STATE BANK,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-00910-APG-VCF<br><br>**Order** |

The undersigned held an early neutral evaluation. Docket No. 10. A status hearing is hereby **SET** for 3:30 p.m. on September 23, 2019. Counsel and the parties shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: September 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge